# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

YULIET BENCOMO LOPEZ and all others similarly situated under 29 U.S.C. 216(b),

Plaintiff,

vs.

LA CASA DE LOS TRUCOS, INC. a/k/a THE HOUSE OF MAGIC, INC., CARMEN C TORRES, JORGE TORRES,

Defendants.

CASE #: 1:16-cv-24696-JAL

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
LA CASA DE LOS TRUCOS, INC.
a/k/a THE HOUSE OF MAGIC, INC.
Registered Agent: Carmen C Torres
8345 S.W. 174 Terrace
Miami, FL 33155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/10/2016

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

YULIET BENCOMO LOPEZ and all others similarly situated under 29 U.S.C. 216(b),

Plaintiff,

vs.

LA CASA DE LOS TRUCOS, INC. a/k/a THE HOUSE OF MAGIC, INC.,
CARMEN C TORRES,
JORGE TORRES,

Defendants.

CASE #: 1:16-cv-24696-JAL

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
CARMEN C TORRES
8345 S.W. 174 Terrace
Miami, FL 33155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/10/216

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

YULIET BENCOMO LOPEZ and all others similarly situated under 29 U.S.C. 216(b),

Plaintiff,

vs.

LA CASA DE LOS TRUCOS, INC. a/k/a THE HOUSE OF MAGIC, INC., CARMEN C TORRES, JORGE TORRES,

Defendants.

CASE #: 1:16-cv-24696-JAL

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
JORGE TORRES
8345 S.W. 174 Terrace
Miami, FL 33155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: 11/10/2016

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts